UNITED STATES DISTRICT COURT
for the
Brunswick Division

| | |
|---|---|
| United States of America<br>v.<br>Contory Kennedy | )<br>)<br>) Case No: 2:14CR00012-11<br>) USM No: 18875-021 |
| Date of Original Judgment: February 18, 2015<br>Date of Previous Amended Judgment: Not Applicable<br>*(Use Date of Last Amended Judgment, if any)* | ) James A. Yancey, Jr.<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___February 18, 2015___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 16, 2015

*Judge's signature*

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
Effective Date: November 1, 2015     SOUTHERN DISTRICT OF GEORGIA
*(if different from order date)*     *Printed name and title*